18 A.3d 1147

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Robert MAZZETTI, Respondent.**

Supreme Court of Pennsylvania.

May 5, 2011.

296

## *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of May 2011, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Did the Superior Court properly conclude that the Commonwealth is precluded from seeking application of the school zone mandatory minimum upon violation of a sentence of probation?